THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:25-cv-00018

| | |
|---|---|
| CARLOS WESTMORELAND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOWN OF MOORESVILLE,<br><br>　　　　Defendant. | **NOTICE OF REMOVAL**<br><br>(28 U.S.C. §§ 1331, 1367, 1441, and 1446) |

COMES NOW Defendant Town of Mooresville (the "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and hereby files its Notice of Removal of this civil action from the General Court of Justice, Superior Court Division, Iredell County, North Carolina (the "Superior Court"), to the Statesville Division of the United States District Court for the Western District of North Carolina.

As grounds for removal, the Defendant respectfully shows unto the Court the following:

1. On November 27, 2024, the Plaintiff initiated Case No. 24-CvS-3562 (the "Lawsuit") in the Superior Court styled *Carlos Westmoreland, Plaintiff, v. Town of Mooresville, Defendant*, by way of filing a Complaint (the "Complaint") and obtaining issuance of a summons. True and accurate copies of the Complaint and the summons issued to the Defendant (the "Summons") are attached hereto as Exhibits 1 and 2, respectively.

2. The Summons and Complaint were received by the Defendant via U.S. mail on January 3, 2025.

3. This Notice of Removal is timely filed within thirty (30) days of receipt by the Defendant of the initial pleading setting forth the claims for relief upon which this action is based, through service or otherwise, pursuant to 28 U.S.C. § 1446(b). The Defendant has not previously filed any pleading in this action.

4. The Summons and Complaint referenced above, copies of which are attached hereto as Exhibits 1 and 2, as well as the Civil Action Cover Sheet attached hereto as Exhibit 3, constitute all of the process and pleadings received by the Defendant in the Lawsuit. The Defendant is not aware of any orders or other process or pleadings served in the Lawsuit.

5. The First Cause of Action in the Complaint purports to assert a cause of action against the Defendant for "Age, Color, and Race Discrimination – 42 U.S.C. §2000| Title VII."

6. The Second Cause of Action in the Complaint purports to assert a cause of action against the Defendant for "Retaliation based on Age, Color and Race – 42 U.S.C. § 2000, et. seq."

7. The Fourth Claim for Relief in the Complaint purports to assert a cause of action against the Defendant for "42 U.S.C. § 2000 – Punitive Damages."

8. The Sixth Cause of Action in the Complaint purports to assert a cause of action against the Defendant "For Discrimination under 42 U.S.C. § 1983."

9. Based on each of the foregoing four (4) causes of action set forth in the Plaintiff's Complaint, this Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331. As an action of a civil nature founded on a claim or right arising under the laws of the United States, this action may therefore be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (b).

10. Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over any state law cause of action asserted by the Plaintiff in this action, should any be determined to exist, as any such purported cause of action would derive with the above causes of action from a common nucleus of operative fact.

11. In accordance with 28 U.S.C. § 1446(d), after the filing of this Notice of Removal, the Defendant will give written notice thereof to the Plaintiff, and will file a copy of this Notice with the Clerk of the Superior Court. Attached hereto as Exhibit 4 is a copy of the Notice of Filing of Notice of Removal (without exhibits), which will be filed (with a file-stamped copy of this Notice) with the Clerk of the Superior Court.

Based on the foregoing, this action is hereby removed to the Statesville Division of the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted, this the 31st day of January, 2025.

>s/ C. Grainger Pierce, Jr.
> C. Grainger Pierce, Jr., N.C. Bar No. 27305
> VAN HOY, REUTLINGER, ADAMS,
>     PIERCE & TISDALE, PLLC
> 737 East Boulevard
> Charlotte, NC  28203
> Telephone: (704) 375-6022
> Facsimile: (704) 375-6024
> E-mail: grainger.pierce@vraptlaw.com
> Attorney for Defendant

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the court using the CM/ECF system, and I hereby certify that the foregoing document was duly served upon counsel for the Plaintiff in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure by depositing it in the United States Mail, first-class postage prepaid, addressed as follows:

> Eric A. Montgomery
> The Montgomery Law Firm, PLLC
> 6135 Park South Drive, Suite 510
> Charlotte, NC 28210

This the 31st day of January, 2025.

> <u>s/ C. Grainger Pierce, Jr.</u>
> C. Grainger Pierce, Jr., N.C. Bar No. 27305
> VAN HOY, REUTLINGER, ADAMS,
>    PIERCE & TISDALE, PLLC
> 737 East Boulevard
> Charlotte, NC 28203
> Telephone: (704) 375-6022
> Facsimile: (704) 375-6024
> E-mail: grainger.pierce@vraptlaw.com
> Attorney for Defendant