STATE OF NORTH CAROLINA         IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF IREDELL                  24-CvS-3562

| | |
|---|---|
| CARLOS WESTMORELAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF FILING OF** |
| ) | **NOTICE OF REMOVAL** |
| TOWN OF MOORESVILLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO:   Clerk of Superior Court of Iredell County    Eric A. Montgomery
        Iredell County Courthouse                    The Montgomery Law Firm, PLLC
        226 Stockton Street                              6135 Park South Drive, Suite 510
        Statesville, NC 28677                             Charlotte, NC 28210
                                                                       *Attorney for Plaintiff*

       Notice is hereby given that on January 31, 2025, counsel for Defendant Town of Mooresville filed a Notice of Removal of this action, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, in the United States District Court for the Western District of North Carolina, Statesville Division (the "United States District Court"). A copy of the Notice of Removal is attached hereto as Exhibit A. Please take further notice that the filing of the Notice of Removal in the United States District Court, together with the filing and service of this Notice of Filing, effects the removal of this action to the United States District Court.

       This the 31st day of January, 2025.

                                                        _____
                                                        C. Grainger Pierce, Jr.
                                                        N. C. State Bar No. 27305
                                                        Attorney for Defendant

OF COUNSEL:
VAN HOY, REUTLINGER, ADAMS, PIERCE & TISDALE, PLLC
737 East Boulevard
Charlotte, NC 28203
(704) 375-6022

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL was duly served upon counsel for Plaintiff in accordance with the provisions of Rule 5 of the North Carolina Rules of Civil Procedure by depositing a copy of the same in the United States Mail, first-class postage prepaid, addressed as follows:

> Eric A. Montgomery
> The Montgomery Law Firm, PLLC
> 6135 Park South Drive, Suite 510
> Charlotte, NC 28210

This the 31st day of January, 2025.

_____
C. Grainger Pierce, Jr.
Attorney for Defendant