THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:25-cv-00018-KDB-SCR

CARLOS WESTMORELAND,

    Plaintiff,

v.

TOWN OF MOORESVILLE,

    Defendant.

**NOTICE OF SETTLEMENT**

Counsel for the Plaintiff and Defendant jointly advise that Court that they have agreed to settle this matter. The parties are currently in the process of executing settlement documents, and anticipate that they will file a Stipulation of Dismissal With Prejudice with the Court within the next forty-five (45) days. In connection therewith, the Parties respectfully request that any remaining deadlines be suspended until such time as the foregoing Stipulation of Dismissal With Prejudice is filed.

Respectfully submitted this the 21st day of February, 2024.

| | |
|---|---|
| s/ C. Grainger Pierce, Jr. | s/ Eric A. Montgomery |
| C. Grainger Pierce, Jr., N.C. Bar No. 27305 | Eric A. Montgomery, N.C. Bar No. 38951 |
| VAN HOY, REUTLINGER, ADAMS PIERCE & TISDALE, PLLC | THE MONTGOMERY LAW FIRM, PLLC |
| 737 East Boulevard | 6135 Park South Drive, Suite 510 |
| Charlotte, NC 28203 | Charlotte, NC 28210 |
| Telephone: (704) 375-6022 | Telephone: (704) 749-3135 |
| Facsimile: (704) 375-6024 | Facsimile: (704) 749-3136 |
| E-mail: grainger.pierce@vraptlaw.com | E-mail: eric@themlawfirm.com |
| Attorney for Defendant | Attorney for Plaintiff |