THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:25-cv-00018

| | |
|---|---|
| CARLOS WESTMORELAND,<br><br>                      Plaintiff,<br><br>vs.<br><br>TOWN OF MOORESVILLE,<br><br>                      Defendant. | **JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Carlos Westmoreland and Defendant Town of Mooresville, through their respective counsel, stipulate that the above-captioned action is dismissed in its entirety with prejudice, which each party to bear its own costs.

      This the 25th day of March, 2025.

| | |
|---|---|
| s/ C. Grainger Pierce, Jr. | s/ Eric A. Montgomery |
| C. Grainger Pierce, Jr., N.C. Bar No. 27305 | Eric A. Montgomery, N.C. Bar No. 38951 |
| VAN HOY, REUTLINGER, ADAMS,<br>      PIERCE & TISDALE, PLLC | The Montgomery Law Firm, PLLC |
| 737 East Boulevard | 6135 Park South Drive, Suite 510 |
| Charlotte, NC 28203 | Charlotte, NC 28210 |
| Telephone: (704) 375-6022 | Telephone: (704) 749-3135 |
| Facsimile: (704) 375-6024 | Facsimile: (704) 749-3136 |
| E-mail: grainger.pierce@vraptlaw.com | E-mail: eric@themlawfirm.com |
| Attorney for Defendant | Attorney for Plaintiff |